UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TAHER HYDERI, Petitioner, | ) | |
| v. | ) | No. 2:26-cv-00482-JRO-MKK |
| SAM OLSON, et al., Respondents. | ) | |

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS**

Petitioner Taher Hyderi's notice of voluntary dismissal, dkt. [13], is **GRANTED** to the extent that it is effective as a notice of dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

The action is **DISMISSED**. The clerk is **DIRECTED** to close this action on the docket. No final judgment is required under these circumstances.

**SO ORDERED.**

Date: 8/19/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel